# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:17-cv-02359-JWL-GLR |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants move the Court for an order dismissing this case pursuant to Fed. R. Civ. P. 12(b)(5) based upon insufficient service of process and Fed. R. Civ. P. 12(b)(2) based upon lack of personal jurisdiction. A memorandum in support of this motion is filed contemporaneously herewith.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas  66606
Office:  (785) 232-7761 | Fax: (785) 232-6604
E-Mail:    dcooper@fisherpatterson.com
             kgrauberger@fisherpatterson.com

**s/David R. Cooper**
David R. Cooper                              #16690
Kevin J. Grauberger                          #18763
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing on the 1st day of August, 2017, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. I further certify that I caused the foregoing document and notice of electronic filing to be mailed by first-class mail to the following non-CM/ECF participant:

  David S. Moore, Ph.D., 17222 West 70th Street, Shawnee Mission, Kansas 66217

            **s/David R. Cooper**
112.30413          David R. Cooper